# CASEY & BARNETT, LLC
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER M. SCHIERLOH
JAMES P. KRAUZLIS*

NEW JERSEY OFFICE
Casey & Barnett, LLP
154 South Livingston Avenue, Suite 106
Livingston, NJ 07039

\* Admitted in NY and NJ
\** Admitted in NY, NJ, La and Oh

jpk@caseybarnett.com
Direct: 646-362-8925

January 13, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-14-2020

**VIA ECF**
Hon. Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   Network America Lines, Inc. v. XPI Enterprise, Ltd.
   Docket No.:   1:17-cv-01910-LTS
   Our ref:   450-02

Honorable Laura Taylor Swain:

We are counsel for Plaintiff in the captioned matter and are pleased to submit herewith a Letter Motion seeking adjournment of the Final Pretrial Conference currently scheduled before Your Honor on Friday, January 17, 2020, at 11:00 a.m. in Courtroom No. 12D, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007, per Your Honor's order of adjournment dated October 18, 2019 [Doc. 60].

As Your Honor may recall, Plaintiff filed a motion for Final Default Judgement against Defendant on October 2, 2019, which is pending with the Court [Doc. 56, 57, 58 and 59]. In light of the pending Motion for Final Default Judgment, Plaintiff respectfully submits the upcoming Final Pretrial Conference scheduled for Friday, January 17, 2020, at 11:00 a.m., should be adjourned as the conference is not required at this point in time.

We thank Your Honor for your kind attention to the forgoing and respectfully request that Your Honor favorably consider the instant application to adjourn the Final Pretrial Conference currently scheduled for Friday, January 17, 2020, at 11:00 a.m., in the captioned matter.

*The conference is adjourned to May 15, 2020, at 11:00 AM. DE # 61 resolved.*

Respectfully submitted,

**CASEY & BARNETT, LLC**

James P. Krauzlis, Esq.

SO ORDERED:

/s/ Laura Taylor Swain  1/14/2020
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE