UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

NETWORK AMERICA LINES, INC.,

                Plaintiffs,

17 **CIV** 1910 (LTS) (SLC)

-against-

**DEFAULT JUDGMENT**

XPI ENTERPRISE, LTD., trading as "X PORT INTERNATIONAL,"

                Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum Order dated April 13, 2020, Plaintiff's motion for default judgment as against XPI is granted; judgment is entered against XPI Enterprise, Ltd. trading as "X Port International," in the total amount of $27,013.00, comprising of (i) $22,700.00 in damages; and (ii) $4,313.00 in prejudgment interest at eight percent from the period from March 15, 2017, to July 29, 2019, accordingly, this case is closed.

**DATED**: New York, New York
         April 14, 2020

                                          RUBY J. KRAJICK
                                          _____
                                           **Clerk of Court**

**BY**: _____
                                           **Deputy Clerk**